IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE LYDIA JOHNSON, | ) | No. C 12-00591EJD (PR) |
| Petitioner. | ) ) | ORDER OF TRANSFER |

Petitioner, a state prisoner currently incarcerated at the Valley State Prison for Women in Chowchilla, California, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging her state conviction in Butte County Superior Court. Petitioner has filed a motion for leave to proceed in forma pauperis. (Docket No. 2.)

A state prisoner challenging the constitutionality of his state conviction may do so by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence). Accordingly, this case is hereby TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

Order of Transfer
G:\PRO-SE\SJ.EJD\HC.12\00591Johnson_transfer.wpd

1

1 | The Clerk shall terminate all pending motions and transfer the entire file to the
2 | Eastern District of California.
3 |
4 | DATED: 6/18/2012

                                            EDWARD J. DAVLIA
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE LYDIA JOHNSON,

    Petitioner.

Case Number: CV12-00591 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   6/19/2012  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lydia Johnson WA9091
Valley State Prison for Women
P. O. Box 92
Chowchilla, CA 93610

Dated:   6/19/2012

    Richard W. Wieking, Clerk
    /s/ By: Elizabeth Garcia, Deputy Clerk